UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jimmy Joe Korf, | Civ. No. 23-0196 (JWB/DTS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Jared Rardin, | |
| Respondent. | |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated March 13, 2023. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted.[1] In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 13, 2023 Report and Recommendation (Doc. No. 5) is **ACCEPTED**;

2. Petitioner Jimmy Joe Korf's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

---

[1] The lack of objections is likely explained by Petitioner's transfer to a facility that offers the residential drug abuse program—the relief he sought to compel through his petition. Federal Bureau of Prisons, Find an Inmate, https://www.bop.gov/inmateloc/ (last visited April 7, 2023). Regardless, the Court accepts the R&R's substantive analysis.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: April 11, 2023                                      *s/ Jerry W. Blackwell*
                                                          JERRY W. BLACKWELL
                                                          United States District Judge